IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr315-MHT |
| | ) | (WO) |
| JOHN TIMOTHY CROSS | ) | |

OPINION AND ORDER

This cause is before the court on defendant John Timothy Cross's motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for August 31, 2015, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or

>indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).

The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

In this case, the ends of justice served by granting a continuance outweigh the interest of the public and Cross in a speedy trial. In order to prepare effectively for trial, Cross needs further time to obtain criminal and mental-health records as well as

to hire an expert witness. Because Cross cannot read, defense counsel also needs additional time to review discovery with him and ensure that he understands the charges and any potential plea bargain. Finally, defense counsel will use the continuance to evaluate Cross's competency and raise any resulting competency question with the court. The decision to grant a continuance is buttressed by the fact that the government does not oppose the continuance.

***

Accordingly, it is ORDERED as follows:

(1) Defendant John Timothy Cross's motion for continuance (doc. no. 12) is granted.

(2) The jury selection and trial, now set for August 31, 2015, are reset for January 4, 2016, at 10:00 a.m., in the Federal Courthouse in Opelika, Alabama, 500 South 7th Street, Opelika, Alabama.

DONE, this the 6th day of August, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE