IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr315-MHT |
| | ) | (WO) |
| JOHN TIMOTHY CROSS | ) | |

## ORDER

As a superseding indictment has been entered, it is ORDERED that the government's motion to dismiss the original indictment (doc. no. 22) is granted, and the original indictment (doc. no. 1) is dismissed without prejudice.

DONE, this the 22nd day of October, 2015.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE