IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15cr315-MHT |
| | ) | (WO) |
| JOHN TIMOTHY CROSS | ) | |

**FINAL ORDER OF FORFEITURE**

**WHEREAS**, on December 9, 2015, this Court entered a Preliminary Order of Forfeiture (doc. no. 32) ordering defendant John Timothy Cross to forfeit his interest in the following property**:**  a Charter Arms, Undercover, .38 caliber revolver, bearing serial number 836766; a Sig Sauer, Mosquito, .22 caliber pistol, bearing serial number F040201; and 28 rounds of assorted ammunition;

**WHEREAS**, on February 19, 2016, this Court entered an Amended Preliminary Order of Forfeiture (doc. no. 39) ordering defendant John Timothy Cross to forfeit his interest in the following property**:**  a Charter Arms, Undercover, .38 caliber revolver, bearing serial number 836766; a Sig Sauer, Mosquito, .22 caliber pistol, bearing serial number F040201; 28 rounds of assorted ammunition; and 10 rounds of .22 caliber ammunition;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the Superseding Indictment (doc. no. 18) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1);  and,

**WHEREAS**, the court finds that defendant John Timothy Cross has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1);

It is hereby **ORDERED** that the United States' Motion for a Final Order of Forfeiture (doc. no. 45) is **GRANTED** as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c):

    (a) a Charter Arms, Undercover, .38 caliber revolver, bearing serial number 836766;

    (b) a Sig Sauer, Mosquito, .22 caliber pistol, bearing serial number F040201;

    (c) 28 rounds of assorted ammunition; and,

    (d) 10 rounds of .22 caliber ammunition.

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States, and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The Clerk of the Court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 1st day of March, 2016.

/s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE