IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr315-MHT |
| | ) | (WO) |
| JOHN TIMOTHY CROSS | ) | |

ORDER

Based on the representations made on the record at a hearing on December 11, 2017, it is ORDERED as follows:

(1) Probation is to arrange for defendant John Timothy Cross to receive a drug assessment, the results of which probation should file with the court promptly after its completion.

(2) Probation is to make arrangements to ensure that defendant Cross receives his medication.

(3) Probation is to arrange for defendant Cross to continue to receive mental-health counseling, at least once a month, and if needed, also drug treatment as part of that mental-health counseling.

(4) Probation and defense counsel are to help defendant Cross secure his driver's license.

(5) On or before March 12, 2018, probation is to file a report describing the status of the matters in the above four numbered paragraphs.

DONE, this the 15th day of December, 2017.

                                          /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**